ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern, Suite 140
Henderson, Nevada 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY ALTAMIRANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOE EMPLOYEES OF TARGET CORPORATION; DOE MAINTENANCE COMPANY; I through X; DOES I through XV, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00958-RFB-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed in its entirety with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

1

FURTHER, all remaining Court dates should be vacated.

DATED this 3rd day of October, 2024

GINA CORENA & ASSOCIATES

/s/ _____
Gina M. Corena, Esq.
Nevada Bar No. 10330
Chet A. Glover, Esq.
Nevada Bar No. 10054
300 S. Fourth Street, Ste. 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 3rd day of October, 2024

PERRY & WESTBROOK, P.C.

/s Alan W. Westbrook
Alan W. Westbrook, Esq.
Nevada Bar No.: 6167
11500 S. Eastern Avenue, Suite 140
Henderson, Nevada 89052
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED this 7 of October 2024.